Roberto Rubio ALCARAZ, aka Roberto Rubio; aka Rubio Alcaraz, Petitioner,

v.

Michael B. MUKASEY, Attorney General, Respondent.

No. 05–77156.

United States Court of Appeals, Ninth Circuit.

Submitted July 1, 2008.*

Filed July 11, 2008.

Judith L. Wood, Esq., Law Offices of Judith L. Wood, Human Rights Project, Los Angeles, CA, for Petitioner.

CAC–District Counsel, Esq., Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. LeFevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Margaret K. Taylor, Esq., U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: WALLACE, HAWKINS, and THOMAS, Circuit Judges.

## MEMORANDUM **

Roberto Rubio Alcaraz, a native and citizen of Mexico, petitions for review of the

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Board of Immigration Appeals' ("BIA") order denying his untimely motion to reopen. We dismiss the petition for review.

We lack jurisdiction to review the BIA's decision not to exercise its sua sponte authority to reopen proceedings. *See Ekimian v. INS,* 303 F.3d 1153, 1159 (9th Cir. 2002).

To the extent Rubio Alcaraz challenges the BIA's March 11, 2003 order, we lack jurisdiction because this petition is not timely as to that order. *See* 8 U.S.C. § 1252(b)(1). We previously reviewed this order in No. 03–71310, *Rubio Alcaraz v. Gonzales,* 123 Fed.Appx. 330 (9th Cir. 2005).

**PETITION FOR REVIEW DISMISSED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.